| | | | |
|---|---|---|---|
| Com. v. Aikey | 100 MDA 2016<br>Affirmed | 11/10/2016 | CP–49–CR–0000933–<br>2013<br>(Northumberland) |
| Com. v. Eyer | 123 MDA 2016<br>Affirmed | 11/10/2016 | CP–19–CR–0000160–<br>2015<br>CP–19–CR–0000161–<br>2015<br>CP–19–CR–0001000–<br>2014<br>(Columbia) |
| Com. v. Moyer | 161 MDA 2016<br>Affirmed | 11/10/2016 | CP–41–CR–0000244–<br>2015<br>(Lycoming) |
| Com. v. Peters | 1976 WDA 2015<br>Affirmed | 11/10/2016 | CP–25–CR–0000878–<br>2008<br>CP–25–CR–0000879–<br>2008<br>CP–25–CR–0000881–<br>2008<br>CP–25–CR–0000882–<br>2008<br>CP–25–CR–0000883–<br>2008<br>CP–25–CR–0000916–<br>2008<br>(Erie) |
| Com. v. Simms | 189 WDA 2016<br>Affirmed | 11/10/2016 | CP–65–CR–0002610–<br>2009<br>CP–65–CR–0002611–<br>2009<br>(Westmoreland) |
| Com. v. Simms | 190 WDA 2016<br>Affirmed | 11/10/2016 | CP–65–CR–0002610–<br>2009<br>CP–65–CR–0002611–<br>2009<br>(Westmoreland) |
| Mikulsky v. Northtec, Inc. | 1785 EDA 2015<br>Affirmed | 11/14/2016 | No. 2009–00584<br>(Bucks) |
| Com. v. Rodriguez | 3528 EDA 2015<br>Affirmed | 11/14/2016 | CP–51–CR–0802282–<br>2006<br>(Philadelphia) |
| Com. v. Robertson | 389 EDA 2016<br>Affirmed | 11/14/2016 | CP–51–CR–1111151–<br>1982<br>(Philadelphia) |
| Com. v. Potts | 2017 MDA 2015<br>Affirmed | 11/14/2016 | CP–22–CR–0004251–<br>2013<br>(Dauphin) |
| Com. v. Ross | 120 MDA 2016<br>Affirmed | 11/14/2016 | CP–06–CR–0004498–<br>1997<br>(Berks) |
| In re Adoption of A.D. | 555 MDA 2016<br>Affirmed | 11/14/2016 | Adoptee 47–2015<br>(Northumberland) |
| Com. v. Cooke | 575 MDA 2016<br>Affirmed | 11/14/2016 | CP–41–CR–0002087–<br>1998<br>(Lycoming) |